IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-455-FCD |
| Plaintiff, | <u>RELATED CASE ORDER</u> |
| v. | |
| FELIX GARCIA-VALDEZ, and MANUEL HERNANDEZ-MORENO, | |
| Defendants. _____/ | |
| UNITED STATES OF AMERICA, | No. 2:08-CR-454-JAM |
| Plaintiff, | |
| v. | |
| FELIX GARCIA-VALDEZ, MANUEL HERNANDEZ-MORENO, EVODIO HERNANDEZ-MORENO, MANUEL HERRERA-OSORNIO, JUAN LUIS MENDOZA-CORRALES, JUAN ADRIAN ZARCO-GONZALES, SIXTO PADILLA-GOMEZ, and NOE GARCIA-VALDEZ, | |
| Defendants. _____/ | |

1

The matter is before the Court on plaintiff United States of America's ("United States") notice of related cases pursuant to Local Rule 83-123.  The United States asserts in their notice of related cases that <u>United States v. Garcia-Valdez, et al.</u>, 2:08-CR-455-FCD is related to <u>United States v. Felix Garcia-Valdez, et al.</u>, 2:08-CR-454-JAM inasmuch as both matters arise from the same law enforcement investigation, share common legal issues and facts, and involve the same parties.  The United States asserts that assignment of the cases to the same judge will result in a savings of judicial effort and avoid a duplication of effort.

After examining the above-entitled cases, the Court concludes that these cases are related within the meaning of Local Rule 83-123.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

IT IS THEREFORE ORDERED that the case denominated No. 2:08-CR-455-FCD be reassigned to Judge John A. Mendez for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:08-CR-455-JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make the appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: October 6, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE