JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA-OSORNIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-08-454 JAM |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | Date: December 15, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |
| Manuel Herrera-Osornio and<br>Sixto Padilla-Gomez, | |
| Defendants. | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for December 15, 2009. Counsel for defendants request that the date for judgment and sentencing be continued to January 12, 2010 at 9:30am.

2. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **1/12/10** |
| Reply, or Statement of Non-Opposition: | 1/5/10 |
| Motion for Correction of the Presentence Report<br>Shall be filed with the Court and served on the<br>Probation Officer and opposing counsel no later than: | 12/29/09 |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 12/22/09 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 12/15/09 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 11/3/09 |

Dated:  November 18, 2009          //s/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for defendant
                                   Manuel Herrera-Osornio

Dated:  November 18, 2009          //s/ Erin J. Radekin
                                   ERIN J. RADEKIN
                                   Attorney for defendant
                                   Sixto Padilla-Gomez

Dated:  November 18, 2009          /s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant United States Attorney

2

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Manuel Herrera-Osornio and Sixto Padilla-Gomez be continued from December 15, 2009 to January 12, 2010.  The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED:  November 23, 2009          /s/ John A. Mendez_____
                                   UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com