JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MANUEL HERRERA-OSORNIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-08-454 JAM |
| ) | |
| Plaintiff, ) | ORDER CONTINUING SENTENCING |
| ) | |
| v. ) | Date:   January 12, 2010 |
| ) | Time:  9:30 a.m. |
| Manuel Herrera-Osornio, ) | Judge:  Hon. John A. Mendez |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

The parties hereby stipulate the following:

1.  Judgment and sentencing in this matter is presently set for January 12, 2010.  Counsel

    for defendants request that the date for judgment and sentencing be continued to

    January 26, 2010 at 9:30am.

2.  The parties and United States Probation hereby requests that the court adopt the

    following schedule pertaining to the presentence report:

    **Judgment and Sentencing date:**                                    **1/26/10**

    Reply, or Statement of Non-Opposition:                              1/19/10

    Motion for Correction of the Presentence Report
    Shall be filed with the Court and served on the
    Probation Officer and opposing counsel no later than:      1/12/10

    The Presentence Report shall be filed with the Court

1

PDF created with pdfFactory trial version www.pdffactory.com

1

And disclosed to counsel no later than:                                    12/22/09

2

Counsel's written objections to the Presentence Report

3

Shall be delivered to the probation officer and opposing
Counsel no later than:                                                            12/15/09

4

The proposed Presentence Report shall be disclosed to

5

Counsel no later than:                                                            11/3/09

6

Dated:  January 4, 2010                               //s/ John R. Manning
                                                                  JOHN R. MANNING

7

                                                                  Attorney for defendant

8

                                                                  Manuel Herrera-Osornio

9

10

Dated:  January 4, 2010                               /s/ Michael M. Beckwith
                                                                  MICHAEL M. BECKWITH

11

                                                                  Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Manuel Herrera-Osornio be continued from January 12, 2010 to January 26, 2010 at 9:30 a.m.  The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.


DATED:  January 4, 2010                          /s/ John A. Mendez_____
                                                 UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com