PHILLIP A. TALBERT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff/Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>MANUEL HERRERA-OSORNIO,<br><br>Defendant/Petitioner. | CASE NO. 2:08-CR-00454-JAM<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

On November 20, 2017, Respondent requested a 90-day extension of time to file a response to Petitioner's 28 U.S.C. § 2255 motion.

IT IS HEREBY ORDERED, that Respondent's request for a 90-day extension is granted. The response is now due February 14, 2018.

DATED: November 20, 2017

                                      **/s/ JOHN A. MENDEZ**
                                      HON. JOHN A. MENDEZ
                                      United States District Judge

[PROPOSED] ORDER