McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MANUEL HERRERA-OSORNIO, <br><br> Defendant. | CASE NO. 2:08-CR-0454 JAM <br><br> ORDER TO DISMISS |

## ORDER

For good cause, and based on the record in this case, the Court hereby GRANTS the government's motion to dismiss the defendant's claim under *Johnson v. United States*, 135 S.Ct. 2551 (2015).

IT IS SO ORDERED.

Dated: 1-31-2018

By: _____
Honorable JOHN A. MENDEZ
United States District Judge
Eastern District of California

[PROPOSED] ORDERS                1