UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MANUEL HERRERA-OSORNIO,<br><br>Movant. | No. 2:08-cr-0454-JAM-EFB P<br><br><br><br>ORDER |

On October 29, 2018, movant requested the appointment of a Spanish-speaking attorney, which the government does not oppose. ECF Nos. 311, 313. The court has determined that the interests of justice may require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983); *United States v. Duarte-Higareda*, 68 F.3d 369, 370 (9th Cir. 1995).

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for a Spanish-speaking attorney (ECF No. 311) is granted.
2. The Federal Defender is appointed to represent movant.
3. The Clerk of Court is directed to serve a copy of this order on zzCAEml_Appointments_Habeas@FD.org.
4. A Status Conference is now set before the undersigned on December 4, 2018 at 10:00 a.m. in Courtroom No. 8.

5. Not later than November 27, 2018, the parties shall file status reports addressing whether any active post-conviction collateral claims remain.

DATED: November 7, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE