UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MANUEL HERRERA-OSORNIO,<br><br>Movant. | No. 2:08-cr-454-JAM-EFB P<br><br>ORDER AFTER HEARING |

On December 19, 2018, this action was on calendar for a hearing as to the status of movant's section 2255 motion. Movant was present and Krista Hart appeared on his behalf. Michael Beckwith appeared for the government. For the reasons stated on the record at the hearing, it is ORDERED that:

1. Krista Hart is appointed to represent movant in litigating his section 2255 claims;

2. The scope of Ms. Hart's appointment does not, however, include representing movant in any claim pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015), insofar as the district judge has already concluded that *Johnson* affords movant no relief (ECF No. 302);

3. Movant shall, through his counsel, file an amended section 2255 motion which contains all claims he seeks to raise by January 16, 2019; and

/////

1

4. Government discovery related to any claims raised in movant's previous, pro se section 2255 motions (ECF Nos. 256, 295) and as authorized by Judge Mendez in his February 1, 2018 order (ECF No. 301) is stayed pending the filing of movant's amended motion.

DATED: February 8, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE