Krista Hart
Attorney At Law
P.O. Box 188794
Sacramento, CA  95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant/Movant
Manuel Herrera-Osornio

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff/Respondent, v. MANUEL HERRERA-OSORNIO, Defendant/Movant. | No. 2:08-cr-00454-JAM-EFB |
|---|---|

**GOOD CAUSE APPEARING** Krista Hart's motion to be relieved is granted and attorney Linnéa Johnson, 100 El Dorado St, Ste C, Auburn, CA 95603-4203, (916) 850-5818, lmjlaw2@att.net, is appointed to represent Manuel Herrera-Osornio.

DATED: May 28, 2019

Hon. Edmund F. Brennan
U.S. Magistrate Judge