Linnéa M. Johnson
Attorney at Law
Law Offices of Linnéa M. Johnson
100 El Dorado Street, Suite C
Auburn, CA 95603
916.850.5818

Attorney for Manuel Herrera-Osornio

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | 2:08-CR-454-JAM-EFB |
| Plaintiff, | 2:13-CV-1059-JAM |
| vs. | [~~PROPOSED~~] ORDER GRANTING MR. HERRERA-OSORNIO'S |
| MANUEL HERRERA-OSORNIO, | UNOPPOSED REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH |
| Defendant. | TO FILE HIS REPLY |

Having reviewed Mr. Herrera-Osornio's unopposed request for an extension of time in this case, the litigation schedule in this matter shall be modified as follows: Mr. Herrera-Osornio's reply, if any, shall be due on August 16, 2019.

Dated: July 10, 2019.

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE