MCGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-454 JAM |
|---|---|
| Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE; FINDINGS AND ORDER |
| v. | |
| MANUEL HERRERA-OSORNIO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On July 20, 2020, defendant Manuel Herrera-Osornio filed a Motion to Vacate and/or Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 350.

2. Counsel for the government wishes to review and respond to the motion and requests additional time to gather case-related documents from the Bureau of Prisons and prepare its response.

3. The parties agree and propose that the government's response brief be due no later than August 3, 2020.

4. The parties further agree and propose that the defense's reply brief, if any, be due no later than August 6, 2020.

///

STIPULATION AND [PROPOSED] ORDER

1

5. By this stipulation, the parties request the Court adopt and order the proposed briefing schedule.

IT IS SO STIPULATED.

Dated:  July 21, 2020                                   McGREGOR W. SCOTT
                                                        United States Attorney

                                                        /s/ QUINN HOCHHALTER
                                                        QUINN HOCHHALTER
                                                        Assistant United States Attorney

Dated:  July 21, 2020                                   /s/ Q. Hochhalter for T. Zindel
                                                        TIMOTHY ZINDEL
                                                        Counsel for Defendant
                                                        MANUEL HERRERA-
                                                        OSORNIO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 21st day of July, 2020.

                                                        /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                        UNITED STATES DISTRICT COURT JUDGE